AO 91 (Rev. 02/09) Criminal Complaint

*felony*

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | |
|---|---|
| United States of America<br>v.<br><br>Eric RODRIGUEZ<br>*Defendant* | )<br>)<br>) Case No. B-14-858-mJ<br>)<br>) |

United States District Court
Southern District of Texas
FILED

SEP 12 2014

David J. Bradley, Clerk of Court

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of **September 11, 2014** in the county of **Kenedy** in the **Southern** District of **Texas**, the defendant violated **8 USC 1324**

an offense described as follows:

Knowing or in reckless disregard of the fact that aliens had come to, entered, or remained in the United States in violation of law, concealed, harbored, or shielded from detection, or attempted to conceal, harbor, or shield from detection, such aliens in any place, including any building or any means of transportation within the United States.

This criminal complaint is based on these facts:

On September 11, 2014, United States Border Patrol Agents at the Sarita, Texas, Border Patrol checkpoint encountered a Chevrolet pickup truck driven by Eric RODRIGUEZ, dressed in military uniform. Border Patrol Agents conducted a consensual search of the vehicle and discovered two undocumented aliens concealed on the floorboard behind the front seat. The undocumented aliens were concealed under a bed sheet and a military jacket identified with RODRIGUEZ' name tag. One of the undocumented aliens identified RODRIGUEZ as the driver of the truck who picked up both of the undocumented aliens and transported them further north. The undocumented alien stated he paid $3,000.00 to be smuggled into the United States.

☐ Continued on the attached sheet.

*Complainant's signature*

Javier Vela, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 12, 2014

*Judge's signature*

City and state: Brownsville, Texas

Ignacio Torteya III   U.S. Magistrate Judge
*Printed name and title*