UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 12 2014

David J. Bradley, Clerk of Court

THE STATE OF TEXAS

COUNTY OF CAMERON

      **BEFORE ME,** the undersigned authority, on this day personally appeared **Javier Vela** to be the person whose name is subscribed hereto, and being by me first duly sworn, upon oath deposes and says: "I am a HSI **Special Agent** stationed at **Harlingen, Texas**;

I investigated the case of the United States of America versus:

Eric RODRIGUEZ,                         B 14-858-m

and from my investigation it appears that:

Alejandro MAYA-Gonzalez, Juan INDA-Isiordia,

citizens and nationals of Mexico, were transported within the United States as specified in the complaint. The subjects are material witnesses in said cause and it may be impractical to secure their presence by subpoena and for that reason they should be held as material witnesses.

FURTHER AFFIANT SAYETH NOT.

_____
Javier Vela, Special Agent
HSI Special Agent

SUBSCRIBED AND SWORN TO BEFORE ME on this    **12**   th day of    **September, 2014.**

_____
Ignacio Torteya III
U.S. MAGISTRATE JUDGE