AO 257 (REV. 6/78)

PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: [x] COMPLAINT  [ ] INFORMATION  [ ] INDICTMENT

Name of District Court, and/or Judge/Magistrate Location (City)

**Ignacio Torteya III** — U.S. MAGISTRATE JUDGE
Southern District of Texas
Brownsville, Texas

B-14-858-MJ

**OFFENSE CHARGED**

Transporting Illegal Aliens in violation of law

[ ] Petty
[ ] Minor
[ ] Misdemeanor
[X] Felony

U.S. vs DEFENDANT
**Eric RODRIGUEZ**

United States District Court
Southern District of Texas
FILED
SEP 12 2014
David J. Bradley, Clerk of Court

Place of offense
near **Sarita, Texas**

8 USC 1324(a)(1)(A)(v)(I)(ii)

Address { 

Birth Date
(Optional unless a juvenile)

[X] Male   [ ] Female   [ ] Alien (If applicable)

### PROCEEDINGS
Name of Complainant Agency, or Person (& Title if any)

**Homeland Security Investigations**
**Harlingen, Texas**

[ ] person is waiting trial in another Federal or State Court, give name of court.

[ ] this person/proceedings is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District.

[ ] this is a re-prosecution of charges previously dismissed which were dismissed on motion of:
   [ ] U.S. Att'y   [ ] Defense

} SHOW DOCKET NO.

[ ] this prosecution relates to a pending case involving this same defendant

[ ] prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

### DEFENDANT
IS NOT IN CUSTODY
1) [ ] Has not been arrested, pending outcome of this proceeding. If not detained give date any prior summon was served on above charges.
2) [ ] Is a Fugitive
3) [ ] Is on Bail or Bond from (Show District)

IS IN CUSTODY
4) [X] On this charge
5) [ ] On another conviction   [ ] Federal  [ ] State
6) [ ] Awaiting trial on other charges
   If answear to (6) is "Yes", show name of institution

Has detainer been filed?  [ ] Yes  [X] No   } If "Yes" give date filed

DATE OF ARREST → Month: September  Day: 11  Year: 2014

DATE TRANSFERRED TO U.S. CUSTODY → Month / Day / Year

Name and Office of Person Furnishing Information on THIS FORM

**Javier Vela, Special Agent**
HSI
Harlingen, Texas

Name of Asst. U.S. Att'y (if assigned)   [ ] U.S. Att'y   [ ] Other U.S. Agency

[ ] This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS